```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 08030
   JUANITA SHAFFER
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-6435


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/02/2007 and was confirmed 07/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/29/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------------
COOK COUNTY TREASURER     SECURED              88.88           .00          88.88
MICHAEL & BARBARA MISURA  CURRENT MORTG          .00           .00            .00
SILVERLEAF RESORTS        SECURED                .00           .00            .00
TRIAD FINANCIAL CORP      SECURED VEHIC     18967.00       1740.69        3203.99
AMERICAS SERVICING COMPA  CURRENT MORTG          .00           .00            .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE     8854.95            .00            .00
AMERICA'S SERVICING COMP  NOTICE ONLY     NOT FILED            .00            .00
AMERICA'S SERVICING COMP  NOTICE ONLY     NOT FILED            .00            .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY             332.09          .00            .00
INTERNAL REVENUE SERVICE  PRIORITY            6927.69          .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
ILLINOIS DEPT OF REVENUE  NOTICE ONLY     NOT FILED            .00            .00
INTERNAL REVENUE SERVICE  NOTICE ONLY     NOT FILED            .00            .00
FRANCHISE TAX BOARD       UNSECURED          1380.47           .00            .00
ADVOCATE SO SUBURBAN HOP  UNSECURED       NOT FILED            .00            .00
CCO                       UNSECURED       NOT FILED            .00            .00
CONSUMER FINANCIAL SERVI  UNSECURED             .00            .00            .00
SUNTECH COLLEGIATE FUNID  NOTICE ONLY     NOT FILED            .00            .00
CHICAGO LAKE SHORE MEDIC  UNSECURED       NOT FILED            .00            .00
DRS CARTER                UNSECURED       NOT FILED            .00            .00
ENDODONTIC & PERIODONTIC  UNSECURED           504.20           .00            .00
INGALLS MEMORIAL HOSPITA  UNSECURED       NOT FILED            .00            .00
MRSI                      NOTICE ONLY     NOT FILED            .00            .00
MONEY MARKET PAY DAY EXP  UNSECURED       NOT FILED            .00            .00
NICOR GAS                 UNSECURED          1016.03           .00            .00
NICOR SERVICES            UNSECURED       NOT FILED            .00            .00
NORTHWEST MEDICAL FACULT  UNSECURED       NOT FILED            .00            .00
NORTHWEST MEDICAL FACULT  UNSECURED       NOT FILED            .00            .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED            .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08030 JUANITA SHAFFER
```

```
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED              .00           .00
NORTHWESTERN MEMORIAL HO  UNSECURED       NOT FILED              .00           .00
NORTHWESTERN SURGICAL AS  UNSECURED       NOT FILED              .00           .00
PDL FINANCIAL SERVICES    UNSECURED         800.00               .00           .00
QC HOLDINGS INC           UNSECURED       NOT FILED              .00           .00
ROADLOANS                 UNSECURED       NOT FILED              .00           .00
SMC                       UNSECURED       NOT FILED              .00           .00
SOUTH SUBURBAN DENTAL CA  UNSECURED       NOT FILED              .00           .00
SOUTH SUBURBAN HOSP       UNSECURED       NOT FILED              .00           .00
ADVOCATE SO SUBURBAN HOP  NOTICE ONLY     NOT FILED              .00           .00
THE MONEY STORE           UNSECURED       NOT FILED              .00           .00
UNIVERSITY OF IL MEDICAL  UNSECURED       NOT FILED              .00           .00
CHECK PLUS SYSTEMS LP     UNSECURED       NOT FILED              .00           .00
INTERNAL REVENUE SERVICE  UNSECURED        2861.75               .00           .00
ILLINOIS LENDING CORP     UNSECURED         214.75               .00           .00
AMERICAS SERVICING COMPA  NOTICE ONLY     NOT FILED              .00           .00
ILLINOIS LENDING CORP     UNSECURED        1411.44               .00           .00
ASSET ACCEPTANCE LLC      UNSECURED        1235.21               .00           .00
ECMC                      UNSECURED             .00              .00           .00
FRANCHISE TAX BOARD       PRIORITY         124.00                .00           .00
UNIVERSAL LENDERS INC     UNSECURED        2300.99               .00           .00
NATIONAL QUICK CASH       NOTICE ONLY     NOT FILED              .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED        1072.67               .00           .00
TRIAD FINANCIAL CORP      UNSECURED            .06               .00           .00
MELVIN J KAPLAN           DEBTOR ATTY     3,000.00                          141.33
TOM VAUGHN                TRUSTEE                                           400.11
DEBTOR REFUND             REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                   5,575.00

PRIORITY                                                  .00
SECURED                                              3,292.87
    INTEREST                                         1,740.69
UNSECURED                                                 .00
ADMINISTRATIVE                                         141.33
TRUSTEE COMPENSATION                                   400.11
DEBTOR REFUND                                             .00
                         ---------------         ---------------
TOTALS                    5,575.00                   5,575.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 12/22/08                  _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE